IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

STACEY L. H.,[1]        )
                        )
        Plaintiff,      )
                        )
v.                      )
                        )
KILOLO KIJAKAZI,        )
*Acting Commissioner of Social Security,*  )
                        )
        Defendant.      )   Civil Action No. 3:20-CV-0214-C-BT

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that the Commissioner's decision should be affirmed.[2]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an independent review of the Magistrate Judge's findings and conclusions and finds no error. It is

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

[2] Plaintiff filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation on August 25, 2021.

therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Commissioner's decision is hereby **AFFIRMED** and Plaintiff's Complaint is **DISMISSED** with prejudice.

SO ORDERED.

Dated August 30, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE